# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDICE EVE MIZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:21-cv-00315-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 20) |

On February 28, 2022, the parties submitted a stipulated request for a sixty-day extension of time to extend the deadline to file Plaintiff's opening brief from March 11, 2022 to May 10, 2022. (ECF No. 20.)  The parties proffer good cause exists because of the greater-than-usual number of answers and certified records filed (include over sixty cases in November and December 2021), an increase in appeals council decisions and hearings at the administrative levels, and other delays resulting from the pandemic, shelter-in-place mandates, and stays. Counsel proffers he needs additional time to prepare the briefing in light of his currently full calendar, including twenty-four merit briefs in March and over twenty merit briefs in April, additional matters Counsel has taken on due to the extended leave of another attorney in the firm (due to her father's medical condition), and Counsel's pre-planned major surgery the week of March 14, 2022.  Finally, counsel avers there will be no further delay in this matter.

///

1       The Court finds good cause exists to grant the requested extension and to extend Plaintiff's deadline to file an opening brief.

      Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have until May 10, 2022, to file Plaintiff's opening brief; and
2. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **February 28, 2022**

UNITED STATES MAGISTRATE JUDGE